GINSBERG, Appellant, vs. FAEHLING and another, Respondents.

For the appellant: *H. F. Morson* of Antigo.
For the respondents: *H. J. Severson* of Iola.

*By the Court.*—Judgment affirmed; respondents to tax no costs for brief because of failure to supply outline.

RENTERIA and another, by guardian *ad litem,* Respondents, vs. BACHMAN, Appellant.

For the appellant: *Rubin & Zabel,* attorneys, and *W. B. Rubin* of counsel, all of Milwaukee.
For the respondents: *Charles F. Millmann* of Milwaukee.

*By the Court.*—Judgment affirmed.

FRITZ, J., took no part.

DIAMOND SHOE COMPANY, Appellant, vs. ADAMS and others, Respondents.

For the appellant: *Samuel Becker,* attorney, and *Bloodgood, Stebbins & Bloodgood* of counsel, all of Milwaukee.
For the respondents: *Martin & Kelley* of Fond du Lac.

*By the Court.*—Judgment affirmed.

FOWLER, J., took no part.